UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE NORTHWESTERN MUTUAL LIFE INSURANCE
COMPANY,

                               Plaintiff,

-against-

NADIA J. TOTARI,

                               Defendant.
-----------------------------------------------------------------X

Case No.: 5:08-CV-0315 (FJS/GJD)

**NOTICE OF DISCONTINUANCE PURSUANT TO FRCP 41(a)**

PLEASE TAKE NOTICE, that whereas a responsive pleading has not been served, plaintiff THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, hereby discontinues the above entitled action against the named defendant, without costs to either party.

Dated: Uniondale, New York
July 14, 2008

                               Yours, etc.,

                               RIVKIN RADLER LLP
                               Attorneys for Plaintiff
                               THE NORTHWESTERN MUTUAL LIFE INSURANCE
                               COMPANY

By: _____
      Norman L. Tolle
      926 RexCorp Plaza
      Uniondale, New York 11556-0926
      (516) 357-3242

TO:   Nadia J. Totari
        300 Autobon Parkway, Apt. 24
        Syracuse, NY 13224

2167948 v1

                                                    SO ORDERED

                                                    FREDERICK J. SCULLIN, JR.
                                                    SENIOR U.S. DISTRICT JUDGE

                                                    7/15/08